UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALVIN D. CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:05-CV-294 |
| | ) (VARLAN/SHIRLEY) |
| AJN HOLDINGS and | ) |
| THE PEPSI BOTTLING GROUP, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT ON DECISION BY THE COURT**

This civil action came before the Court, Honorable Thomas A. Varlan, United States District Judge, presiding. The issues having been heard and a decision having been rendered,

It is **ORDERED** and **ADJUDGED** that:

(1) Defendants' motion for summary judgment [Doc. 30] is **GRANTED** and plaintiff shall take nothing, the action shall be **DISMISSED WITH PREJUDICE** on the merits, and defendants shall recover from plaintiff its costs of action;

(2) Plaintiff's motion to amend his complaint to add a claim of whistle blowing [Doc. 29] is **DENIED**;

(3) Plaintiff's motion to amend his complaint to add a claim of violation of the National Labor Relations Act [Doc. 36] is **DENIED**;

(4) Plaintiff's motion to amend his complaint to increase his prayer for relief [Doc. 36] is **DENIED as moot**; and

(5) Defendants' motion to strike [Doc. 46] is **DENIED**.

Dated at Knoxville, Tennessee, this _____ day of November 2006.

                                                  */s/ Patricia L. McNutt*
                                                 PATRICIA L. McNUTT
                                                 CLERK OF COURT